B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Camrod Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Camrod Motorsports** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**13-1919172** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**627 Eleventh Avenue**<br>**New York, NY**                          ZIP Code **10036** | Street Address of Joint Debtor (No. and Street, City, and State):                         ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Passaic** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1058 Union Valley Road**<br>**West Milford, NJ**                  ZIP Code **07480** | Mailing Address of Joint Debtor (if different from street address):                       ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **New York, NY; West Milford, NJ; 439 Main Rd., Towaco, NJ; 342 Grand Avenue, Englewood, NJ** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                   THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                               Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Camrod Corporation** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Camrod Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Anthony Sodono, III**
Signature of Attorney for Debtor(s)

**Anthony Sodono, III**
Printed Name of Attorney for Debtor(s)

**Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.**
Firm Name

**347 Mount Pleasant Avenue
Suite 300
West Orange, NJ 07052**
Address

**973-243-8600  Fax: 973-243-8677**
Telephone Number

**May 23, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Andreas Eriksson**
Signature of Authorized Individual

**Andreas Eriksson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 23, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# RESOLUTION OF SPECIAL MEETING OF BOARD OF DIRECTORS OF CAMROD CORPORATION, d/b/a CAMROD MOTORSPORTS, AUTHORIZING FILING OF CHAPTER 11 BANKRUPTCY PETITION

I hereby certify that at a duly called and held special meeting of the members of Camrod Corporation, d/b/a Camrod Motorsports (the "Corporation"), a corporation of the State of New York, held on May 17, 2011, the following Resolutions were proposed and unanimously adopted by all Directors present:

**RESOLVED,** that the Directors of the Corporation, in view of its financial condition, be and are hereby authorized and directed on behalf of the Corporation, to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of counsel for the purposes of preparing, filing, and prosecuting a Petition under Chapter 11 and to take all steps necessary and related thereto, and that Andreas Eriksson is hereby authorized to execute the Petition and any other pleadings or documents he or other Directors deem necessary in connection with the Chapter 11 bankruptcy case of the Corporation; and it is further

**RESOLVED,** that Andreas Eriksson be, and hereby is, authorized and directed in the name and on behalf of the Corporation, to prepare, execute, issue, deliver and/or file any and all such further agreements, certificates, instruments, letters and pleadings and other documents to perform any and all such acts as he may deem necessary or desirable to fully effectuate the foregoing Resolution.

In certification hereof, I do set my hand and seal this 23rd day of May 2011.

          CAMROD CORPORATION
          d/b/a CAMROD MOTORSPORTS


          By:___/s/ Andreas Eriksson_____
               Andreas Eriksson, President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
**District of New Jersey**

In re   **Camrod Corporation**                                                Case No.
                            Debtor(s)                                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 627 Eleventh Ave. Realty, LLC<br>610 South Owl Drive<br>Sarasota, FL 34236 | 627 Eleventh Ave. Realty, LLC<br>610 South Owl Drive<br>Sarasota, FL 34236 | Rent | | 238,113.52 |
| Chase<br>Attn. JP Morgan Chase Bank, N.A.<br>PO Box 659754<br>San Antonio, TX 78265-9754 | Chase<br>Attn. JP Morgan Chase Bank, N.A.<br>PO Box 659754<br>San Antonio, TX 78265-9754 | Credit card debt | | 19,703.70 |
| Chase<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Credit card debt | | 13,505.20 |
| GE Commercial Distribution Finance Corporation<br>75 Remittance Drive<br>Suite 6999<br>Chicago, IL 60675 | GE Commercial Distribution Finance Corporation<br>75 Remittance Drive<br>Chicago, IL 60675 | Finance agreement with Suzuki | | 12,874.20 |
| GE Commercial Distribution Finance Corporation<br>75 Remittance Drive<br>Suite 6995<br>Chicago, IL 60675 | GE Commercial Distribution Finance Corporation<br>75 Remittance Drive<br>Chicago, IL 60675 | Finance Agreemment with Yamaha | | 8,762.94 |
| Fairview Associates<br>Great American E&S Assurance<br>25 Fairview Avenue<br>Verona, NJ 07044 | Fairview Associates<br>Great American E&S Assurance<br>25 Fairview Avenue<br>Verona, NJ 07044 | | | 8,685.23 |
| US Bancorp<br>Attn. Nationwide Recovery Services<br>2304 Tarpley Road<br>Suite 134<br>Carrollton, TX 75006 | US Bancorp<br>Attn. Nationwide Recovery Services<br>2304 Tarpley Road<br>Carrollton, TX 75006 | | Disputed | 7,804.46 |
| Chase<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Credit card debt | | 7,660.08 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Camrod Corporation** _____     Case No. _____

                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sanford Israel, C.P.A.<br>277 Broadway<br>New York, NY 10007 | Sanford Israel, C.P.A.<br>277 Broadway<br>New York, NY 10007 | Accounting services | | 7,500.00 |
| Con Edison<br>Cooper Station<br>PO Box 138<br>New York, NY 10276-0138 | Con Edison<br>Cooper Station<br>PO Box 138<br>New York, NY 10276-0138 | Utitily charges | | 5,875.00 |
| Zurich Insurance<br>7045 College Boulevard<br>Leawood, KS 66211-1523 | Zurich Insurance<br>7045 College Boulevard<br>Leawood, KS 66211-1523 | | | 3,300.00 |
| Schiller & Pittenger<br>1771 Front Street<br>Scotch Plains, NJ 07076 | Schiller & Pittenger<br>1771 Front Street<br>Scotch Plains, NJ 07076 | Legal services | | 2,810.00 |
| GE Commercial Distribution Finance Corporation<br>75 Remittance Drive<br>Suite 6995<br>Chicago, IL 60675 | GE Commercial Distribution Finance Corporation<br>75 Remittance Drive<br>Chicago, IL 60675 | Finance Agreement with Yamaha Motors Corp. | | 2,802.78 |
| American Honda Finance Corp.<br>627 11th Avenue<br>PO Box 165205<br>Irving, TX 75016-5205 | American Honda Finance Corp.<br>627 11th Avenue<br>PO Box 165205<br>Irving, TX 75016-5205 | | | 2,537.54 |
| American Honda Motor Co., Inc.<br>1919 Torrance Boulevard<br>Mail Stop 100-2W-5H<br>Torrance, CA 90501-2746 | American Honda Motor Co., Inc.<br>1919 Torrance Boulevard<br>Mail Stop 100-2W-5H<br>Torrance, CA 90501-2746 | Trade debt | | 2,243.45 |
| GE Commercial Distribution Finance Corporation<br>75 Remittance Drive<br>Suite 6999<br>Chicago, IL 60675 | GE Commercial Distribution Finance Corporation<br>75 Remittance Drive<br>Chicago, IL 60675 | Finance Agreement with Suzuki | | 1,338.97 |
| United HealthCare Oxford<br>PO Box 1697<br>Newark, NJ 07101 | United HealthCare Oxford<br>PO Box 1697<br>Newark, NJ 07101 | | | 1,200.00 |
| C-Systems Software, Inc.<br>2201 Arlington Downs Road<br>Arlington, TX 76011 | C-Systems Software, Inc.<br>2201 Arlington Downs Road<br>Arlington, TX 76011 | | | 855.57 |
| Lo Jack Corp.<br>PO Box 846111<br>Boston, MA 02284 | Lo Jack Corp.<br>PO Box 846111<br>Boston, MA 02284 | | | 750.00 |
| Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | Telephone charges | | 686.20 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Camrod Corporation**                                                  Case No.
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 23, 2011**                       Signature  **/s/ Andreas Eriksson**
                                                        **Andreas Eriksson**
                                                        **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**TRENK, DiPASQUALE, WEBSTER,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Anthony Sodono, III (AS9426)
Joao F. Magalhaes (JM6777)
*Proposed Counsel to Camrod Corporation,*
 *Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>CAMROD CORPORATION,<br><br>Debtor. | Case No. 11-_____<br><br>Chapter 11<br><br>Honorable _____ |

## NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On May 23, 2011 (the "Petition Date"), Camrod Corporation d/b/a Camrod Motorsports (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey. The Debtor is operating its business and managing its properties as a debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtor, with the assistance of its legal advisors and other professionals, has prepared its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") pursuant to Section 521 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007. These Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Notes and Disclaimers") pertain to all of the Schedules and the SOFA. While the Debtor's management has made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to it at the time of preparation, subsequent information or discovery may result in changes to these Schedules and SOFA, and inadvertent errors or omissions may exist in the Schedules and SOFA. Moreover, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. Nothing contained in the Schedules or SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to this Chapter 11 case including, without limitation, any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets

or avoid transfers. These Notes and Disclaimers are incorporated by reference herein, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA. Nothing contained on the Schedules and SOFA shall waive any rights to assert that an alleged lease is a disguised security interest.

**Amendment.** While reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. The Debtor thus reserves the right to amend and/or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

**Dates.** To the best of the Debtor's ability and knowledge, all asset information is listed as of the Petition Date and all liability information is listed as of the Petition Date.

**Basis of Presentation.** The Schedules and SOFA do not purport to represent financial information or data prepared in accordance with U.S. Generally Accepted Accounting Principles. The Debtor reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and SOFA.

**Causes of Action.** Despite reasonable efforts to identify all known assets, the Debtor may not have identified or set forth all of its causes of action (filed or potential) as assets in the Schedules and SOFA. Notwithstanding this, the Debtor reserves all of its rights with respect to any causes of action it may have, whether or not listed as assets in the Schedules and SOFA, and neither these Notes and Disclaimers nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Totals.** All totals that are included in the Schedules and SOFA represent totals of all of the known amounts included on the Schedules and SOFA. To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

**Effect of "First Day" Orders on Scheduled Claim Amounts.** The Debtor intends to seek certain authority from the Bankruptcy Court to honor and/or pay certain prepetition claims including, but not limited to, the authority to pay certain outstanding prepetition wages to employees and taxing authorities. Consequently, certain prepetition fixed, liquidated and undisputed priority and general unsecured claims have been or may be paid under this authority. Given that the Schedules are required to reflect claims as of the Petition Date, obligations that have been satisfied under this authority are nonetheless listed in the Schedules.

**Current Market Value of Assets.** Unless otherwise indicated, net book values are reflected in the Debtor's Schedules and SOFA. For this reason, amounts ultimately realized may vary from net book value and such variance may be material. Thus, unless otherwise noted, the Schedules and SOFA reflect the carrying value of the assets as recorded on the Debtor's books and are not based upon any estimate of its current market value unless so indicated. Exceptions to this include operating cash, which is presented as bank balances as of the Petition Date. Certain other assets are listed as "Unknown" amounts because the net book values may materially differ from fair market value. The amounts shown for assets and liabilities exclude

items identified as "Unknown" and the Debtor's ultimate assets and liabilities may differ materially from those stated in the Schedules and SOFA.

**Claims Descriptions.** Any failure to designate a claim on the Debtor's Schedules and SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves the right to dispute any claims reflected on its Schedules or SOFA on any grounds, including to assert an offset or any defense to any claim reflected on the Schedules and/or SOFA with respect to, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated." The Debtor reserves the right to amend these Schedules and SOFA accordingly.

**Classifications.** Listing a claim on (i) Schedule E as "priority" or (ii) Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. In particular, the Debtor reserves the right to amend the Schedules and SOFA to recharacterize or reclassify any such contract or claim.

**Notes and Disclaimers Control.** In the event the Schedules and SOFA differ from the foregoing Notes and Disclaimers, the Notes and Disclaimers shall control.

**Insiders.** The Debtor has included in response to question 23 of the SOFA all withdrawals or distributions, if any, credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the Petition Date. Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under section 101(31) of the Bankruptcy Code or applicable law.

**Contingent Assets.** The Debtor believes that it may possess certain claims and causes of action against various parties. Additionally, the Debtor may possess contingent claims in the form of various avoidance actions it could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtor reserves all of its rights with respect to any claims, causes of action or avoidance actions it may have and nothing contained in these Notes and Disclaimers or the Schedules and SOFA shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims.

**Recharacterization.** The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA correctly. The Debtor, however, may have inadvertently characterized, classified, categorized or designated certain items mistakenly. Thus, the Debtor

reserves its rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition.

399912_1.DOC

4

627 Eleventh Ave. Realty, LLC
610 South Owl Drive
Sarasota, FL 34236


American Honda Finance Corp.
627 11th Avenue
PO Box 165205
Irving, TX 75016-5205


American Honda Motor Co., Inc.
1919 Torrance Boulevard
Mail Stop 100-2W-5H
Torrance, CA 90501-2746


Andreas Eriksson
1058 Union Valley Road
West Milford, NJ 07480


Black Jack
PO Box 8577
Saint Joseph, MO 64508


C-Systems Software, Inc.
2201 Arlington Downs Road
Arlington, TX 76011


Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


Chase
Attn. JP Morgan Chase Bank, N.A.
PO Box 659754
San Antonio, TX 78265-9754


Cherilyn Nicholson
95 Beech Road
Englewood, NJ 07631


Color Rite
123 Blaine Street
Bangor, PA 18013

Con Edison
Cooper Station
PO Box 138
New York, NY 10276-0138


CT-Networks
PO Box 11054
125 Wireless Boulevard
Hauppauge, NY 11788


D&W Central Station Alarm Co., Inc.
147 W. 25th Street
4th Floor
New York, NY 10001-7205


Eric T. Schneiderman, Attorney General
Office of the Attorney General
The Capitol
Albany, NY 12224-0341


Fairview Associates
Great American E&S Assurance
25 Fairview Avenue
Verona, NJ 07044




GE Commercial Distribution
Finance Corporation
75 Remittance Drive
Suite 6999
Chicago, IL 60675


GE Commercial Distribution
Finance Corporation
75 Remittance Drive
Suite 6995
Chicago, IL 60675


J. Van Houten Trucking, Inc.
11 Parkside Lane
Kinnelon, NJ 07405-2500

Jeffrey H. Roth, Esq.
100 Park Avenue
20th Floor
New York, NY 10017


Lo Jack Corp.
PO Box 846111
Boston, MA 02284


M&M Sanitation Corp.
PO Box 497
Kearny, NJ 07032


Manhattan Fire & Safety Corp.
242 W. 30th Street
7th Floor
New York, NY 10001


Maria and Andreas Eriksson
1058 Union Valley Road
West Milford, NJ 07480


MetroLube
229 Arlington Avenue
Staten Island, NY 10303


Mr. Plumber
31-70 College Point Boulevard
Flushing, NY 11354


Naps Dealer Supplies
PO Box 365
Belmont, MI 49306-0365


New York State Insurance Fund
Workers Compensation
PO Box 5262
Binghamton, NY 13902-5262


Office of the Attorney General
State of New Jersey, Division of Law
25 Market Street
PO Box 112
Trenton, NJ 08625-0112

Outrider Accessories, Inc.
1058 Union Valley Road
West Milford, NJ 07480


Paula T. Dow, Attorney General
State of New Jersey, Division of Law
Office of the Attorney General
PO Box 080
Trenton, NJ 08625-0080


Sanford Israel, C.P.A.
277 Broadway
New York, NY 10007


Schiller & Pittenger
1771 Front Street
Scotch Plains, NJ 07076


Scorpion Helmets
Credit Departmtent
Attn. Scorpion Sports, Inc.
25921 Atlantic Ocean Drive
Lake Forest, CA 92630-8820


State of New Jersey
Department of Taxation
Sales and Use Tax
PO Box 999
Trenton, NJ 08625


State of New York
Commissioner of Taxation and Finance
Attn. Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY 12227




Thompson Overhead Door Co., Inc.
47 Sixteenth Street
Brooklyn, NY 11215


United HealthCare Oxford
PO Box 1697
Newark, NJ 07101

Document      Page 16 of 16

US Bancorp
Attn. Nationwide Recovery Services
2304 Tarpley Road
Suite 134
Carrollton, TX 75006


Verizon
PO Box 15124
Albany, NY 12212-5124


Zurich Insurance
7045 College Boulevard
Leawood, KS 66211-1523